UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| DWAYNE L. RICHARDSON | ) CASE NO. 13-70733-JRS |
| KEIRA L. RICHARDSON | ) |
| | ) |
| DEBTORS. | ) |

## CHAPTER 13 TRUSTEE'S
## OBJECTION TO CONFIRMATION & MOTION TO DISMISS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtors have failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

3. The 2016(b) Disclosure Statement ($4275.00-$380.00=$3895.00) and the Chapter 13 Plan ($4280.00-$380.00=$3900.00) are inconsistent with regard to attorney's fees, in violation of 11 U.S.C. Section 329 and Bankruptcy Rules 2016(b) and 2017.

4. The Chapter 13 budget fails to include $230.00 per month automobile insurance; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6).

5. After review of scheduled income and anticipated household expenses, Debtors' proposed budget may fail to provide sufficient funds for ordinary living expenses, in possible violation of 11 U.S.C. Section 1325(a)(6).

6. Pursuant to information received from the Internal Revenue Service, Debtors' 2009 federal tax returns, Debtor/Husband's 2009, 2010 and 2011 Georgia State tax returns and Debtor/Wife's 2009 and 2011 Georgia State tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
DWYANE L. RICHARDSON and )
) CASE NO.: 13-70733-JRS
KEIRA L. RICHARDSON, )
)
DEBTORS. )

13-70733-JRS              **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):
    DWYANE L. RICHARDSON
    KEIRA L. RICHARDSON
    855 MT. ZION ROAD
    APT. D3
    JONESBORO, GA  30236

    DEBTOR(S) ATTORNEY:
    ROBERT J. SEMRAD & ASSOCIATES
    SUITE 3600 (36TH FLOOR)
    101 MARIETTA STREET, NW
    ATLANTA, GA  30303

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Tuesday, November 26, 2013

/s/
Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450